IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YVETTE MILLER, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-2725 |
| 3G COLLECT, LLC. | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this  16th  day of *September*, 2014, upon consideration of Plaintiff Yvette Miller's Motion to Dismiss Counterclaim (Docket No. 7), Defendant 3G Collect, LLC's Response (Docket No. 8), and Plaintiff's Reply (Docket No. 9), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


 S/ *Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.